IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLENDA KEENIHAN                                                                                          PLAINTIFF

v.                                              No. 4:17CV00862 JLH

HERITAGE COMPANY, INC.; and
SANDRA FRANECKE                                                                                       DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff's motion to dismiss is GRANTED. Document #17. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE